[No. 5633–0–II.  Division Two.  March 30, 1983.]

THE STATE OF WASHINGTON, *Appellant,* v. STEVEN V. SOLINGER, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 6714, Don L. McCulloch, J., entered June 2, 1981. *Reversed* by unpublished opinion per Petrie, J.,

concurred in by Worswick, A.C.J., and Reed, J.